# UNITED STATES
v.
## A CERTAIN VESSEL, CALLED A BARGE, TOGETHER WITH THE LOADING THEREOF, TOWIT, ONE PLOUGH

### 1811

## JOURNAL ENTRIES

1. Libel . . . . . . . . . . . . *Journal, infra,* *p. 373
2. Order fixing time for hearing, notice, etc. . . . . . " 374
3. Depositions opened and filed . . . . . . . . " 395
4. Judgment and decree . . . . . . . . . " 405

## PAPERS IN FILE

1. Copy of order fixing time for hearing, etc. . . . . . . .
2. Commission for taking depositions . . . . . . . . .
3. Deposition of Samuel Abbott . . . . . . . . . . .
4. Bill of costs . . . . . . . . . . . . . . .